Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104
Tel:    (415) 544-1900
Fax:    (415) 391-0281

Attorneys for Defendant
ELI LILLY AND COMPANY

Christopher E. Grell (SBN 88498)
grell140@yahoo.com
Richard F. Rescho (SBN 108086)
rrescho2001@yahoo.com
LAW OFFICES OF CHRISTOPHER E. GRELL
1814 Franklin Street, Suite 501
Oakland, CA  94612
Tel:  (510) 832-2980
Fax:  (510) 832-2986

Attorneys for Plaintiffs
PARIUS D. FUTCH AND ROSEANNE MCCOY FUTCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIUS D. FUTCH, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> ELI LILLY AND COMPANY, ET AL., <br><br> Defendant(s). | Case No.  1:12-CV-00746-LJO-SKO <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT ELI LILLY AND COMPANY TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Plaintiffs Parius D. Futch and Roseanna McCoy Futch's Second Amended Complaint was served on Defendant Eli Lilly and Company ("Lilly") via first class U.S. mail on February 21, 2012. At that time, this case was still in the state court venue of Stanislaus County Superior Court.  On

1      STIPULATION EXTENDING TIME FOR DEFENDANT
ELI LILLY AND COMPANY TO RESPOND TO
PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. 1:12-CV-00746-LJO-SKO

230839 v4

March 23, 2012, Lilly timely filed its response by way of a state court Demurrer and concurrent Motion to Strike. Those motions were set for hearing on May 8, 2012.

On May 2, 2012, Lilly received notice that nondiverse defendants had been dismissed and this matter was therefore removable.

Lilly removed this action to this Court on May 4, 2012. As a result, the state court hearing on Lilly's demurrer and motion to strike was vacated.

With this matter now in Federal Court, Parties agree that rather than re-setting Lilly's demurrer and motion to strike hearing in Federal Court, Lilly should instead file a new response in Federal Court that follows the Federal Rules of Civil Procedure and applicable Federal caselaw governing pleading standards. In that context, Parties hereby stipulate that Lilly will file a response to Plaintiffs' Second Amended Complaint on or before June 18, 2012.

Respectfully submitted,

Dated: May 14, 2012        By:   /s/ Richard F. Rescho_____
                                  CHRISTOPHER E. GRELL
                                  RICHARD F. RESCHO

                                  Attorneys for Plaintiffs PARIUS D.
                                  FUTCH AND ROSEANNA MCCOY
                                  FUTCH

Dated: May 14, 2012        By:   /s/ Amir M. Nassihi_____
                                  ALICIA J. DONAHUE
                                  AMIR M. NASSIHI

                                  Attorneys for Defendant
                                  ELI LILLY AND COMPANY

**ORDER**

IT IS SO ORDERED.

Dated:   **May 15, 2012**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

2    STIPULATION EXTENDING TIME FOR DEFENDANT
     ELI LILLY AND COMPANY TO RESPOND TO
     PLAINTIFFS' SECOND AMENDED COMPLAINT
     CASE NO. 1:12-CV-00746-LJO-SKO

230839 v4