UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIUS D. FUTCH, et al., | CASE NO. CV F 12-0746 LJO SKO |
| Plaintiffs, | **ORDER AFTER SETTLEMENT NOTICE** (Doc. 14.) |
| vs. | |
| ELI LILLY AND COMPANY, et al., | |
| Defendants. / | |

Plaintiffs' counsel filed papers to indicate that a contingent settlement has been reach to require 75 days to complete.  This Court generally does not grant parties up to 75 days to complete settlement.  As such, this Court ORDERS the parties, **no later than August 1, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   June 12, 2012**               /s/ Lawrence J. O'Neill

1                                                               UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28