IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIUS FUTCH, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | CASE NO. CV F 12-0746 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 16.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the September 6, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 19, 2012**                    /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1