IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIUS FUTCH, et al., | CASE NO. CV F 12-0746 LJO SKO |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 16.) |
| vs. | |
| ELI LILLY AND COMPANY, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the September 6, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: July 19, 2012**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1